**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**

Civil Action No. 0:24-cv-60808-AOV

ALEXANDRIA ADORNO,

                        Plaintiff,

v.

CUSHMAN & WAKEFIELD U.S., INC.,

                        Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between counsel for the above-captioned parties, through their respective undersigned attorneys, that this matter is hereby dismissed with prejudice in its entirety, without costs to any party. This Stipulation may be filed without further notice with the Clerk of the Court.

*/s/ Noah E. Storch*
Noah E. Storch
RICHARD CELLAR LEGAL, P.A.
10368 W. State Rd 84, Suite 103
Davie, Florida 33324
Tel: (866) 344-9243
Email: noah@floridaovertimelawyer.com

*Attorneys for Plaintiff Alexandria Adorno*

*/s/ Matthew C. Luzadder*
Matthew C. Luzadder
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Tel.: (312) 857-7070
Email: mluzadder@kelleydrye.com

Blythe E. Lovinger
Alex J. Seidenberg
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7825
Email: blovinger@kelleydrye.com
Email: aseidenberg@kelleydrye.com

*Attorneys for Defendant Cushman & Wakefield U.S., Inc.*